1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  LETITIA R. KIM (CSBN 200142)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
6      Facsimile: (415) 436-6748
       Email: letitia.r.kim@usdoj.gov
7
   Attorneys for Defendant
8  JOHN E. POTTER

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  FELICE MORA,                    )   No. C 05-4715
                                    )
14              Plaintiff,          )   NOTICE OF SUBSTITUTION OF
                                    )   COUNSEL
15       v.                         )
                                    )
16  JOHN E. POTTER, U.S. Postmaster )
    General,                        )
17                                  )
                Defendant.          )
18                                  )
                                    )
19

20      PLEASE TAKE NOTICE that representation of Defendant has been reassigned to Letitia

21  R. Kim, Assistant United States Attorney. Please direct all notices, pleadings, and

22  correspondence to her attention at the captioned address. While Kevin V. Ryan and Joann M.

23  Swanson will appear on the pleadings, no service need be made on them.

24  DATED: August 16, 2006                 Respectfully submitted,

25                                         KEVIN V. RYAN
                                           United States Attorney
26
                                                     /s/
27                                         _____
                                           LETITIA R. KIM
28                                         Assistant United States Attorney

Subst. of Counsel
No. C 05-4715

*[Stamp: IT IS SO ORDERED / Judge Martin J. Jenkins / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*