IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE C. MORA, | No.   C 05-4715MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JOHN E. POTTER, et al., | |
| Defendant. | |

Plaintiff in the above-entitled matter failed to comply with the Court's Order at the Case Management Conference of December 5, 2006 directing plaintiff to provide proof of service on the Attorney General of the United States. The proof of service filed December 5, 2006 is deficient; accordingly,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by July 31, 2007 , the case shall be dismissed for failure to prosecute. The Court notes that there is no Case Management Conference scheduled for July 24, 2007.

**IT IS SO ORDERED.**

Dated: July 23, 2007

MARTIN J. JENKINS
United States District Judge