IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE MORA, | No. C 05-4715 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE and RE: DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

This matter came on for a specially-scheduled Case Management Conference on Wednesday, March 5, 2006. Defense counsel was present, but counsel for plaintiff did not appear, nor did he contact the Court in any way concerning his absence.

The case has recently been reassigned to the undersigned district judge, and the purpose of the case management conference was to set a schedule for the balance of the case. The Court has reviewed the case docket, which demonstrates that it took plaintiff's counsel roughly two years (and two orders to show cause) to effect service on defendant. This delay is unacceptable, and renders the need to set an expeditious schedule acute. Counsel's absence from the case management conference is therefore very troubling.

Plaintiff's counsel is **ORDERED TO SHOW CAUSE in <u>writing to be filed no later than March 12, 2008</u>, why he did not appear for the Case Management Conference, and why this action, like related action C 07-2118 MJJ, should not be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

Dated: March 5, 2008

SUSAN ILLSTON
United States District Judge