IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELICE MORA,   No. C 05-4715 SI

     Plaintiff,   **ORDER DISMISSING FOR FAILURE TO PROSECUTE**

v.

JOHN E. POTTER,

     Defendant.
                                         /

This matter came on for a specially-scheduled Case Management Conference on Wednesday, March 5, 2008. Defense counsel was present, but counsel for plaintiff did not appear, nor did he contact the Court in any way concerning his absence. Therefore, plaintiff's counsel was ordered to show cause in writing to be filed no later than March 12, 2008, why he did not appear for the case management conference, and why this action, like related action C 07-2118 MJJ, should not be dismissed for failure to prosecute.

Plaintiff's counsel did not ever respond to the OSC, in writing or otherwise, and has made no effort to show cause why this action should not be dismissed for failure to prosecute.

Accordingly, this action is DISMISSED for failure to prosecute. Ths Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2008

                                                SUSAN ILLSTON
                                                United States District Judge