**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    FELICE MORA,                                    No. C 05-4715 SI

9              Plaintiff,                            **JUDGMENT**

        v.
10

     JOHN E.  POTTER,
11

12            Defendant.
                                                /
13
          This action is dismissed for failure to prosecute.  Judgment is entered accordingly.
14

15

16

17   **IT IS SO ORDERED AND ADJUDGED.**

18
     Dated: June 26, 2008
19
                                                SUSAN ILLSTON
20                                              United States District Judge

21

22

23

24

25

26

27

28